AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Stephen F. Morris and Martha Morris
*Plaintiff/Counter-Defendants*
v.                                    Civil Action No.     3:16-00880-JMC

Auto-Owners Insurance Group
*Defendant/Counter-Claimant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Defendant is entitled to a declaration that the policy excludes coverage for the flood damage to Plaintiffs' home under the circumstances presented in Plaintiffs' complaint. Defendant is entitled to judgment in its favor on Plaintiffs' claims against Defendant for breach of contract, breach of contract with fraudulent intent, and bad-faith refusal to pay and this action is dismissed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the defendant's motion for judgment on the pleadings as to its counterclaim for declaratory judgment.

Date:   December 29, 2016                    *CLERK OF COURT*

                                             s/Angie Snipes
                                             *Signature of Clerk or Deputy Clerk*